USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUSTIN SARABIA MENDIETA,

                Plaintiff,                  19 **CIVIL** 2334 (JGK)

-v-                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 14, 2019, that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         November 15, 2019

                                                        RUBY J. KRAJICK
                                                        Clerk of Court
                                            BY:
                                                        Deputy Clerk

                                                        THIS DOCUMENT WAS ENTERED
                                                        ON THE DOCKET ON 11/15/2019